BAS:EMP 337790.1 ( 22485.001 ) 9/30/04

UNITED STATES BANKRUPTCY COURT OF PENNSYLVANIA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | NO. 03-22909 |
| GEORGIA L. FRY : | |
| : | CHAPTER 12 |
| Debtor : | |

**SECOND AMENDED CHAPTER 12 PLAN**

1. This case was filed on May 28, 2003.

2. This shall be a Plan which pays all secured creditors 100%.

3. Current payments to FSA shall be paid outside the plan pursuant to a modified Note in the amount of $99,277.10 at the rate of 3.625% per annum in 15 installments of $8,700.00 beginning May 31, 2005 and on May 31 of each year thereafter until paid in full.

4. Debtor shall pay to the Chapter 12 Trustee on a monthly basis the sum of $3,785.00 from the operation of the business for a period of 53 months beginning February 2004. Payments shall be made as follows:

    a. Administrative fees and expenses, including those of the Chapter 12 Trustee and Debtor's counsel.

    b. Arrearages to secured creditors:

        1) Lancaster County Tax Claim Bureau - $285.00 per month in accordance with the terms of the Stipulation and Order approved by the Court. The Lancaster County Tax Claim Bureau shall retain its statutory lien until paid in full.

        2) Bank of Lancaster County

            (A)    Pre-Petition – $28,500.00

            (B)    Post-Petition – $9,608.00

.        3) Blue Ball National Bank – $13,176.33 plus accrued interest.

    c. Secured creditor M. Strickler, Jr. shall be paid $46,600.00 through the Plan.

    d. Secured creditor Chemgro Fertilizer Company, Inc. shall be paid through the Plan

    e. All unsecured creditors shall be paid 100% through the Plan after payment of all secured claims.

5.   All property of the Debtor shall revest in the Debtor after payment to all creditors.

                                                    BLAKINGER, BYLER & THOMAS, P.C.


                                          By:  s/ Barry A. Solodky
                                              Barry A. Solodky, Esquire
                                              Attorney I.D. #19259
                                              28 Penn Square
                                              Lancaster, PA 17603
                                              (717) 299-1100
                                              Attorneys for Debtor