UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : BANKRUPTCY NO. 03-22909 |
| GEORGIA L. FRY | : |
| Debtor | : CHAPTER 12 |

**MOTION OF GEORGIA L. FRY TO DISMISS HER
BANKRUPTCY CASE PURSUANT TO 11 U.S.C. SECTION 1208(b)**

Barry A. Solodky, Esquire and Blakinger, Byler & Thomas, P.C., counsel for Georgia L. Fry, respectfully moves this Court for an Order dismissing the above-referenced bankruptcy case, and in support thereof, avers as follows:

1. That Georgia L. Fry did file a Chapter 12 bankruptcy petition on May 28, 2003.

2. That Georgia L. Fry believes it is in her best interest to have her case dismissed.

3. That the case has not been converted under 11 U.S.C. Section 706 or 11 U.S.C. Section 12.

4. That according to 11 U.S.C. Section 1208(b), the Debtor, at any time, if the case has not been converted under the Sections above, may request that the Court dismiss her case.

5. That the Debtor requests that her Chapter 12 petition be dismissed.

6. That all parties entering an appearance and filing a Request for Notices have been served with a copy of the Motion.

WHEREFORE, Movant hereby requests this Honorable Court to grant an Order dismissing the Georgia L. Fry bankruptcy case.

BLAKINGER, BYLER & THOMAS, P.C.

By:     s/Barry A. Solodky
Barry A. Solodky, Esquire
Attorney I.D. #19259
28 Penn Square
Lancaster, PA 17603
Voice: (717) 299-1100
Fax: (717) 299-9529
Attorneys for Georgia L. Fry